IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHRISTOPHER B. GRAHAM,**

    Petitioner,

v.                                    Case No. 3:21cv483-LC/MAF

**MARK INCH,**

    Respondent.

_____/

## ORDER

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge (ECF No. 3) that the petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, be transferred to the United States District Court for the Middle District of Florida, Ocala Division. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation (ECF No. 3) is adopted and

incorporated by reference in this order.

2. The Clerk is directed to transfer the case to the United States District Court for the Middle District of Florida, Ocala Division.

**DONE AND ORDERED** this 19th day of April, 2021.



                         s/L.A. Collier
                     **LACEY A. COLLIER**
                     **SENIOR UNITED STATES DISTRICT JUDGE**